UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   26cr10214 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| RYAN HOLLERAN, | ) | Count One: Possession with Intent to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and (b)(1)(B)(vi) |
| Defendant | ) | |
| | ) | Drug Forfeiture Allegation: (21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Possession with Intent to Distribute
Controlled Substances
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and (b)(1)(B)(vi))

The Grand Jury charges:

On or about December 3, 2025, in Fall River, in the District of Massachusetts, the defendant,

RYAN HOLLERAN,

did knowingly and intentionally possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substances involved in the offense were five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; 10 grams or more of a mixture and substance containing a detectable amount of N-(4-Fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide, also known as p-Fluorofentanyl, a Schedule I controlled substance; a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, all Schedule II controlled substances; and a mixture and substance containing a detectable amount of 3,4 Methylenedioxymethamphetamine, also known as MDMA, a Schedule I controlled substance.   Accordingly, Title 21, United States Code, Sections 841(b)(1)(A)(ii) and (b)(1)(B)(vi) is applicable to RYAN HOLLERAN.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii), and (b)(1)(B)(vi).

Before RYAN HOLLERAN committed the offense charged in this count, he was convicted of violating Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), *United States v. Ryan Holleran*, No. 18-cr-10064-LTS (D. Mass.), a serious drug felony, for which he served more than 12 months of imprisonment.   Further, RYAN HOLLERAN was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

### RYAN HOLLERAN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MICHAEL E. ROBINSON
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 28, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn Jr. 7/28/2026 @ 12:15pm
_____
DEPUTY CLERK